THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS MCMAHON, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Queens, convicting the defendant of operating a motor vehicle while intoxicated, in violation of section 70, Vehicle and Traffic Law, unanimously affirmed. No opinion. Present — Hagarty, Johnston, Adel, Taylor and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM SCHAFFER, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting defendant Schaffer of the crime of assault in the third degree, unanimously affirmed. The appeals by defendants Costro and Brostroff have been withdrawn. *People* v. *Fink* (243 App. Div. 634), decided by this court and cited by appellant, must be limited to its own peculiar facts. Present — Hagarty, Johnston, Adel, Taylor and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CLARENCE H. MACKAY, Respondent, v. GEORGE V. SCHELLINGER and Others, etc., Defendants. Review of Levy for the Year 1937 for Taxes Payable in 1938. COUNTY OF SUFFOLK, Appellant.— Order denying, as a matter of discretion, motion of the County of Suffolk to intervene in a certiorari proceeding to review an assessment upon real property affirmed, with ten dollars costs and disbursements. No opinion. Hagarty, Carswell, Davis, Adel and Close, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. KATE C. SEACORD, ELLSWORTH W. SEACORD and FLORENCE B. CLOSTER, Appellants, v. PAUL A. BANKSON, as Commissioner of Assessments and Taxation of the City of New Rochelle; WALTER J. BRENNAN and Others, Constituting the Board of Equalization and Review of the City of New Rochelle; and EUGENE M. HEINEY, as City Clerk of the City of New Rochelle, Respondents.— Order in certiorari proceedings, confirming a report of a referee which found that certain assessments on property in the city of New Rochelle are not subject to the vice of overvaluation or inequality or illegality, and are valid and proper, and judgment entered thereon, unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Hagarty, Carswell, Davis, Adel and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WAKEFIELD APARTMENT CORPORATION, Respondent, v. JAMES J. SEXTON, as President, and BERNARD M. PATTEN and Others, as Commissioners and Constituting the Board of Taxes and Assessments in and for the City of New York, Appellants.— In certiorari proceedings to review the assessment for the tax year 1933 on an apartment house at 110-07 Seventy-third avenue, Forest Hills, borough of Queens, order reducing the total assessment thereon from $400,000 to $350,000 unanimously affirmed, with fifty dollars costs and disbursements. No opinion. Present — Hagarty, Carswell, Davis, Johnston and Taylor, JJ.